| | |
|---|---|
| IRIDIUM DEVELOPMENT, INC | The papers served bore the index # and date of filing |
| Plaintiff(s) | |
| - against - | Court Date March 20, 2017 |
| SUPERB CONTRACTING, INC. | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on February 17, 2017 at 09:15 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within NOTICE UNDER MECHANIC'S LIEN LAW on SUPERB CONTRACTING, INC. therein named,

**SECRETARY OF STATE**  a Domestic corporation by delivering two true copies to NANCY DOUGERTY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Respondent and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 55 | 5'4 | 145 |

Sworn to me on February 22, 2017

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

STEVEN C. AVERY

Invoice #: 666364

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045