TREASURE CHEST THEMED VALUE MAIL, INC.

Plaintiff(s)

- against -

DAVID MORRIS INTERNATIONAL, INC.

Defendant(s)

Index # 17 CV 0001 NRB

Purchased January 1, 2017

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 28, 2017 at 10:30 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on DAVID MORRIS INTERNATIONAL, INC. therein named,

**SECRETARY OF STATE** a Foreign corporation by delivering thereat one true copy to SUE ZOUKY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 307 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'1 | 150 |

Sworn to me on March 1, 2017

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

STEVEN C. AVERY

Invoice #: 664829

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

TREASURE CHEST THEMED VALUE MAIL, INC.

                                      Plaintiff(s)

                - against -

DAVID MORRIS INTERNATIONAL, INC.

                                   Defendant(s)

Index # 17 CV 0001 NRB

Purchased January 1, 2017

Mail Date March 6, 2017

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DEBBIE CRUZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 6, 2017 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT to DAVID MORRIS INTERNATIONAL, INC. at

4000 MACARTHUR BOULEVARD
EAST TOWER, SUITE 600
NEWPORT BEACH, CA 92660

Copy was mailed REGISTERED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #RE821251139US and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Also mailed a notice that the N. Y. Secretary of State was served with the legal documents herein described and tendered the statutory fee.

Sworn to me on:  March 6, 2017

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified In New York County<br>Commission Expires November 26, 2019 | RALPH J MULLEN<br>Notary Public, State of New York<br>No. 01MU6238632<br>Qualified in New York County<br>Commission Expires April 11,2019 | VINETTA BREWER<br>Notary Public, State of New York<br>No. 4949206<br>Qualified in Bronx County<br>Commission Expires April 3, 2019 | **DEBBIE CRUZ**<br>License #: 1282011<br>Invoice #: 664829 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045