UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────x

No. 17 Civ. 0001 (NRB)

Treasure Chest Themed Value Mail, Inc.,
                Plaintiff,

-against-

David Morris International, Inc.,

                Defendant.

─────────────────────────────────x

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for David Morris International, Inc.

Dated: March 21, 2017
       Long Island City. NY

                            Kasell Law Firm

                          By: /s/ *David M. Kasell (DK-7753)*
                            David M. Kasell, Esq.
                            1038 Jackson Ave, #4
                            Long Island City, NY 11101
                            (718) 404-6668

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of March 2017, a true copy of Defense Counsel's Notice of Appearance was served on all counsel of record by the CM/ECF system of the Southern District of New York, which then sends a notification of such filing to all counsel of record.

Dated: March 21, 2017

By: <i>/s/ David M. Kasell (DK-7753</i>