UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────────x

Treasure Chest Themed Value Mail, Inc.,             No. 17 Civ. 0001 (NRB)

                     Plaintiff,

                     -against-

David Morris International, Inc.,

                     Defendant.

─────────────────────────────────────x

**NOTICE OF**
*PRO HAC VICE* **MOTION**

     **PLEASE TAKE NOTICE** that upon the attached affidavit of in support of this motion and the Certificate of Good Standing annexed thereto, Plaintiff moves this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Brian Lehman, a member of the firm of Lehman LG LLC and a member in good standing of the Bar of the State of Connecticut, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff.

Date:   November 15, 2017

/s/ *Brian Lehman*
Brian Lehman
Lehman LG LLC
244 5th Ave., B258
New York, NY 10001
brian@lehmanlawgroup.com
724-453-4626
