UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

Treasure Chest Themed Value Mail, Inc.,                    No. 17 Civ. 0001 (NRB)

                Plaintiff,                    **AFFADAVIT**

           -against-

David Morris International, Inc.,

              Defendant.

————————————————————————x

## AFFADAVIT IN SUPPORT
## OF *PRO HAC VICE* MOTION

1.     I am a member with the law firm of Lehman LG LLC.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above caption case, which is presided over by the Honorable Naomi Reice Buchwald.

3.     As shown in attached Certificate of Good Standing, which was issued within the last thirty (30) days, I am a member of good standing of the Bar of the State of Connecticut.

4.     I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.     There are no disciplinary proceedings against me in any State or Federal Court.

6.     I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this case for Defendants.

Date:  November 15, 2017

Notarized by:

 

AVNER BAR-AM
Notary Public, State of New York
No. 01BA6106502
Qualified in Kings County
Commission Expires March 8, 2020

/s/
Brian Lehman
Lehman LG LLC
244 5th Ave., B258
New York, NY 10001
brian@lehmanlawgroup.com
724-453-4626