UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────────x

Treasure Chest Themed Value Mail, Inc.,		No. 17 Civ. 0001 (NRB)

                Plaintiff,

                -against-

David Morris International, Inc.,

                Defendant.

─────────────────────────────────────x

### [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION OF BRIAN LEHMAN

The Court, having considered Plaintiff's Motion for the *pro hac vice* admission of Brian Lehman, hereby grants the motion.

IT IS SO ORDERED.

Date:  November 15, 2017

 

_____
Honorable Naomi Reice Buchwald