

One Penn Plaza
Suite 2430
New York, NY 10119
T  212.239.1114
F  917.398.1217

**DANIEL KNOX**
Managing Attorney
dknox@knoxlaw.nyc

February 2, 2018

<u>**VIA ECF**</u>

The Honorable Naomi Reice Buchwald
United States District Court for the
Southern District of New York
500 Peal Street
New York, New York 10007

    Re:    *Treasure Chest Themed Value Mail, Inc. v. David Morris Intl., Inc.*
           1:17-cv-00001-NRB (S.D.N.Y.)

Dear Judge Buchwald:

Pursuant to the Court's Order, dated December 14, 2017, the parties jointly submit this status update letter.

The parties are proceeding to conduct discovery in good faith. Plaintiff made a supplemental production on December 14, 2017. The deposition of the defendant took place on January 26, 2018, and the parties have scheduled the deposition of the plaintiff to take place on March 5, 2018.

Very truly yours,

Daniel Knox

cc: all counsel by CM/ECF