April 18, 2018

*Via ECF*

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    Trial in *Treasure Chest Themed Value Mail, Inc. v. David Morris International, Inc.*, 17 Civ. 00001 (NRB)

Judge Buchwald:

I represent David Morris International, Inc., the defendant in this action. Defendant is ready for trial by a jury and respectfully request that the Court set a date for trial and any pre-trial conferences that the Court requires.

                                                  Respectfully submitted,
                                                          /s/ *Brian Lehman*
                                                                 Brian Lehman
                                                              Lehman LG LLC
                                     244 5th Ave., Suite B258
                                     New York, New York 10001
                                               724-453-4626
                                   brian@lehmanlawgroup.com

cc: all counsel by CM/ECF