

One Penn Plaza
Suite 2430
New York, NY 10119
T 212.239.1114
F 917.398.1217

**DANIEL KNOX**
Managing Attorney
dknox@knoxlaw.nyc

April 19, 2018

<u>**VIA FACSIMILE**</u>

The Honorable Naomi Reice Buchwald
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Treasure Chest Themed Value Mail, Inc. v. David Morris Int'l., Inc.*
*1:17-cv-00001-NRB(S.D.N.Y)*

My office represents the plaintiff in the above-referenced action. This letter is respectfully submitted in response to Defendant's letter motion requesting that a trial be scheduled in this action.

As discovery has not concluded, Defendant's request is premature. However, to the extent that Defendant intends to communicate that it is waiving further discovery and is truly ready for trial, Plaintiff respectfully request that any scheduling order accommodate Plaintiff's submission of a motion for summary judgment.

Very truly yours,

Daniel Knox

cc: Brian Lehman, Esq. and Julie Solarz, Esq. (via ECF and e-mail)