**UNITED STATES POSTAL SERVICE**®

| Personal Profile | Logout |

Restricted Information

**Dashboard** > Reconciliation Report

Today's Date: 04/07/2016

**Mailing Group Summary Information**

| | | | | | |
|---|---|---|---|---|---|
| Mailing Group ID: | 164521547 | Mailer's Job #: | 25955a | Finance Number: | 161542 |
| Preparer: | 4232277-PRECISION DIALOGUE DIRECT INC | Open Date: | 03-28-2016 | Close Date: | |
| Description: | Treasure Chest | | | | |

## Reconciliation Report

| Qualification Report | | Closed/Withdrawn | | Finalized Postage Statements* | | | USPS Processing Due* | |
|---|---|---|---|---|---|---|---|---|
| Price Category | Pieces | Price Category | Pieces | Price Category | Pieces | Postage | Pieces | Postage |
| Auto 5-Digit | 1,173,701 | Auto 5-Digit | 0 | Auto 5-Digit | 1,173,701 | $260,200.342 | 0 | $0.00 |
| Auto 3-Digit | 263,993 | Auto 3-Digit | 0 | Auto 3-Digit | 263,993 | $63,214.274 | 0 | $0.00 |
| Auto ADC/AADC | 14,095 | Auto ADC/AADC | 0 | Auto ADC/AADC | 14,095 | $3,375.292 | 0 | $0.00 |
| Auto Mixed ADC/AADC | 1,172 | Auto Mixed ADC/AADC | 0 | Auto Mixed ADC/AADC | 1,172 | $319.388 | 0 | $0.00 |
| Machinable AADC | 30 | Machinable AADC | 0 | Machinable AADC | 30 | $7.62 | 0 | $0.00 |
| Machinable Mixed AADC | 9 | Machinable Mixed AADC | 0 | Machinable Mixed AADC | 9 | $2.817 | 0 | $0.00 |
| | | | | Sub-Total | 1,453,000 | $325,666.80 | 0 | $0.00 |
| | | | | Spoiled/Damaged | 0 | $0.00 | 0 | $0.00 |
| Total | 1,453,000 | Total | 0 | Total | 1,453,000 | $325,666.80 | 0 | $0.00 |

*\* Reflects current number of pieces mailed; subtracting reversed pieces and adding in finalized pieces.*

| Reconciliation Report Summary | |
|---|---|
| Closed/Withdrawn | 0 |
| Spoiled/Damaged - Postage Adjustment Transaction Or Spoiled./Damaged Piece Detail Transaction | 0 |
| Finalized* | 1,453,000 |
| Qualification Report Pieces: | 1,453,000 |
| Pieces Accounted For: | 1,453,000 |

*\* Reflects current number of pieces mailed; subtracting reversed pieces and adding in finalized pieces.*

BUSINESS MAIL ENTRY UNIT
APR - 7 2016
CHICAGO, IL 60699

Current Status:  Reconciled

| Other Information | |
|---|---|
| | Number of Occurrences |
| Reversals | 0 |
| Reworked | 0 |
| Cancel | 1 |

The postage amount does not include all discounts, surcharges and additional postage that may be charged upon verification.

| Logout |
Copyright © 1999-2016 USPS. All Rights Reserved.