The World's Greatest Vacations





### The World's Greatest Vacations
@theworldsgreatestvacations

- Home
- About
- Newsletter
- Sweepstakes
- Photos
- Videos
- **Posts**
- Notes
- Community
- Welcome

Like   Follow   Share

Sign Up

**The World's Greatest Vacations**
February 4, 2016 ·

February is Wave Month! This month only, A-ROSA is offering up to $1,500 savings per couple when booked and paid in full by Feb 29! Promo Code DMI-02



**A-ROSA Cruises - Escape the ordinary**
Choices abound! A-ROSA is one of the few river boat companies with full open bar allowing our guests to enjoy alcoholic and non-alcoholic beverages throughout the ship at no cost, with the exception of some "top shelf" brands.

AROSACRUISES.COM   Learn More

Like   Comment   Share

177
12 Shares

Write a comment...

End of Results

**DMI**

**Visitor Posts**



Joann Patrica DeCarlo
March 29 at 11:42am
JoAnn Quattrone

1 Like
Like · Comment

Miran Pavlović
January 30 at 2:23pm
http://www.apartmani-miran-zaton.com/
Like · Comment

Explore Bay Harbor
January 10 at 2:48pm
Come discover Northern MI like never before through the pages of Explore Bay Harbor! Request your complimentary copy!
Like · Comment

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018



Aggregated for The World's Greatest Vacations subscribers, provided are this week's top travel related stories, news and promotions. 

View this email in your browser



Sponsored:

## This weeks greatest vacation opportunities



### The Breakers

From May 1 - October 31, 2016 enjoy **free daily** Full American Breakfast Buffet for all guests, Kids' Meals and Unlimited Golf (cart fee applies), Tennis, Ocean Fitness center access, Group Fitness Classes and WiFi.

Learn more >



### MSC Cruises

Last Call for this great Caribbean Cruise deal. Book a 7-Nt. Caribbean Cruise from only $499pp. Plus, book a balcony stateroom and get up to $150 shipboard credit or book an Aurea Balcony, Suite or MSC Yacht Club stateroom and get up to $300 shipboard credit.

Learn more >





### Pleasant Holidays

The only vacation condo in Lahaina right on the beach, Lahaina Shores Beach Resort is the perfect home base for a great Maui vacation. Plus, with Pleasant Holidays' BOGO activity offer, you can have twice the fun for half the price.

Learn more >

### Collette

Find yourself gazing at the Taj Mahal, walking along the Great Wall of China, exploring Angkor Wat, or marveling at the energy of Beijing. The opportunity for adventure is limitless when you tour Asia with Collette.

Learn more >





### Trafalgar Travel

Don't break the bank on your European vacation. Travel this summer, over the holidays or even next spring and get up to $250 per person off your airfare.

Learn more >

### Cunard

Discover a world of opportunities aboard our famous Queens. Sail with Cunard and experience the elegance of illustrious British traditions, and the storied legacy of royalty, celebrity and history. Fares start at $699 per person.

Learn more >



### A-ROSA Cruises

A-ROSA is offering up to $1,500 savings per couple when booked and paid in full by May 31! Applies for travel May – Oct. Promo Code DMI-02.

Learn more >



### Auto Europe

With more than 20,000 pickup locations in 180 countries, Auto Europe specializes in finding travelers the best car rental, chauffeur, and airport transfer options worldwide.

Learn more >

## Message from ASTA

**Suffering from Information Overload?**

If you are tired of clicking around the Internet to find where to go for your next get-away, and want someone to take care of it for you, may we recommend someone whose career is to do that for you—a trusted travel agent. Let someone else cut through the Internet clutter for you and deal with the reservations and fine print.



Before you Google "How to Find a Travel Agent," go to TravelSense today and find your personal travel concierge, one who has the approval of the American Society of Travel Agents (ASTA). Go with the Pros, because without a travel agent, you're on your own. Connect with one of our long time Premium Members to plan your next vacation.

National Travel Service — Member since 1980
Brentwood Travel — Member since 1980
Forest Lake Travel — Member since 198

## Facebook Trivia                    Sweepstakes

 

**Hint**: Opened in May 2009 and attended by world's most famous celebrities, located in Turkey, it has been called Europe's and the Mediterranean's most expensive luxury resort. Know the place?

**Answer**: Mardan Palace Hotel

**Enter Our Sweepstakes to Win A Luxurious Cruise for Two!**

Sail on the legendary Transatlantic Crossing on the Remastered Queen Mary 2 and experience the grandest ocean liner at sea.

**Enter Sweepstakes!**

   

Copyright © 2016 Treasure Chest, All rights reserved.

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list



MENU

# AMA Waterways –Leading the way in River Cruising

2016-05-24

## SAVE UP TO 40% ON CHRISTMAS MARKETS CRUISES-PRICING FROM $1679 PER PERSON

## Presented Exclusively by Auto Europe and David Morris International

Experience the most wonderful time of year on one of AMA WATERWAYS luxurious river cruises on the Rhine or Danube. Seven night Danube Christmas Markets cruise from Nuremberg to Budapest (or reverse) or seven night Rhine Christmas Markets cruise from Amsterdam to Basel (or reverse). Some included features are visits to famous Christmas markets in almost every port of call, a variety of shore excursions and immersive experiences, wine, beer and soft drinks with lunch and dinner, fine dining with all meals onboard and much more.

Celebrate the magic of the holiday season with an exclusive value amenity of your choice, such as a private car and driver in select towns or a $200.00 per person air credit. There is no additional cost as it is our holiday gift to you from Auto



MENU

Auto Europe
1-800-374-3740



## NEWSLETTER

Your name

Your email address

SIGN UP

## FACEBOOK



MENU



## INSTAGRAM

 twgvacations

5/21/2018 AMA Waterways – Leading the way in River Cruising | The World's Greatest Vacations



MENU

Load More...     Follow on Instagram

The definitive resource for exclusive travel opportunities from only the world's greatest vacations. Valuable insider's information not found elsewhere before hitting the marketplace.

## CONTACT

   

✉ info@tchest.com

## MORE INFORMATION

About

For Partners

Blog

## NEWSLETTER

[AMA Waterways – Leading the way in River Cruising | The World's Greatest Vacations](#)

MENU

Your email address

SIGN UP

This Weeks 10 Greatest Vacation Savings and Opportunities

Aggregated for The World's Greatest Vacations subscribers, provided are this week's top travel related stories, news and promotions. Like

View this email in your browser



Sponsored:



## This weeks greatest vacation opportunities





**MSC Cruises**

Get it all this summer! For a limited time, book a 7-Nt. Caribbean cruise from only $499pp or go all-Inclusive with unlimited drinks, WiFi and even a tour excursion from only $798pp.

**Learn more >**



**Starwood Resorts**

Our biggest resort sale is here! Book by June 24, 2016 and enjoy up to 25% off at Starwood Resorts in the best destinations in across the U.S., Mexico, the Caribbean and more.

**Learn more >**

This Week's 10 Greatest Vacation Savings & Opportunities




### Trafalgar Travel

$600 per couple off air-inclusive bookings on every September departure to Italy.

**Learn more >**

### Pleasant Holidays

BOGO rooms at Lahaina Shores Beach Resort and a FREE 2-category car rental upgrade.

**Learn more >**




### Collette

**Save up to $300!**
Alpine Lakes & Scenic Trains
10 Days - $2,949* pp.

**Learn more >**

### Cunard

New England & Canada cruise
Fares from $1,249.*
Sail from New York.

**Learn more >**




### The Breakers

Full American Breakfast Buffet
Unlimited Golf and Tennis
Group Fitness Classes and WiFi

### David Morris International

Magic of the holiday season.
Private car and driver or
$200.00 per person air credit.

Learn more >                                                    Learn more >

## Facebook Trivia                                     ## Sweepstakes





**Hint**: The world will be here in 49 days. Know where they'll see that tall and tan woman that makes the men go ahhhhhhh?

**Enter Our Sweepstakes to Win A Luxurious Cruise for Two!**

Sail on the legendary Transatlantic Crossing on the Remastered Queen Mary 2 and experience the grandest ocean liner at sea.

**Answer**:  Rio de Janeiro, Brazil

**Enter Sweepstakes!**

   

Copyright © 2016 Treasure Chest, All rights reserved.

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list