**From:** Richard Shane <rshane@tchest.com>
**Date:** Wednesday, June 22, 2016 at 9:56 AM
**To:** "'dmorris@davidmorrisintl. com'" <dmorris@davidmorrisintl.com>, Marilyn Conroy <mconroy@davidmorrisintl.com>, Judy Parker <jparker@davidmorrisintl.com>
**Subject:** Leads and More

Hi Team, consumer interest in both products is still coming in strong…and here's this week's newsletter blast with your content. *The World's Greatest Vacations June 21, 2016*

**As of 6/21/2016**

| Advertiser | 06-21-2016 | Total |
|---|---|---|
| Arosa | 157 | 3,441 |
| Auto Europe | 133 | 2,677 |

I believe both brands have benefited from the awareness generated and that the responses are well qualified. If there's more we can do to be helpful, please let me know. Keep me posted if NYC might be on your radar, I've a boat in Manhatttan and would be happy to share the experience of cruising to Lady Liberty.


Best regards,

Richard Shane
Founder & CEO
The World's Greatest Vacations

