**From:** Sean Ryan <sryan@dmsincorporated.com>
**Date:** Monday, January 9, 2017 at 10:29 AM
**To:** Richard Shane <rshane@tchest.com>
**Subject:** MSC Matchback

Hi Richard,

Below is the matchback report for MSC against the mailing file.

This is done at the household level, matching each record provided to us by MSC against the mailing file.

I will send a file with the actual records that matched to MSC directly by separate email.

**Matchback with Raw MSC Input File:**

 **Database Marketing Solutions, Inc.**

| Job: | 2017-1 |
|---|---|
| Date: | 1/8/2017 |
| Client: | Treasure Chest |
| Mailing | Spring 2016 |
| Advertiser: | MSC Cruises |

# MATCHBACK SUMMARY REPORT

| Match Summary | Quantity | Percent |
|---|---|---|
| Total Input Records Read | 55,739 | 100.00 |
| Valid Zip4 Records | 38,830 | 69.66% |
| Total Matches | 2,888 | 7.44% |

As always I welcome any questions and comments.
Best regards,
  Sean
--
**Sean M. Ryan** | President