UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREASURE CHEST THEMED VALUE MAIL, INC., <br><br> Plaintiff, <br> -against- <br><br> DAVID MORRIS INTERNATIONAL, INC., <br><br> Defendant. | 17-cv-01 (NRB) |

**PLAINTIFF'S PROPOSED FINDINGS OF FACT**

**AND CONCLUSIONS OF LAW**