May 26, 2018

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Treasure Chest Themed Value Mail, Inc. v. David Morris International, Inc.*,
             17 Civ. 00001 (NRB)

Judge Buchwald:

      I represent Defendant David Morris International, Inc. ("DMI"). I write in anticipation of the bench trial scheduled for June 5, 2018 at 9:30 a.m. I ask that I be allowed to bring two laptops and two personal electronic devices (*i.e.*, smart phones) into court on June 5, 2018.

      I have attached a proposed order to this letter. I appreciate the Court's time and attention on this request.

                                            Respectfully submitted,

                                            *Brian Lehman*
                                            Brian Lehman
                                            Lehman LG LLC

cc:  all counsel by CM/ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned _Treasure Chest Themed Value Mail, Inc. v. David Morris International, Inc., 17 Civ. 00001 (NRB)_, No. _____.

The date(s) for which such authorization is provided is (are) __June 5, 2018__.

| Attorney | Device(s) |
|---|---|
| 1. Brian Lehman | Two (2) laptops and two (2) smart phones |
| 2. | |
| 3. | |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014