May 26, 2018

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:**    ***Treasure Chest Themed Value Mail, Inc. v. David Morris International, Inc.*,**
            **17 Civ. 00001 (NRB)**

Judge Buchwald:

     In addition to the request sent earlier today (Dkt. #42), I ask that my co-counsel, Julie Solarz, be permitted to bring an iPad into court on June 5, 2018. I have attached a separate proposed order for Ms. Solarz to this letter. I apologize for not including this request with the letter earlier today, and appreciate the Court's time and attention.

                                                      Respectfully submitted,

                                                    *Brian Lehman*
                                                    Brian Lehman
                                                    Lehman LG LLC

cc:  all counsel by CM/ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

_____ x

        The following Order is subject to the definitions, obligations and restrictions imposed

pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to

this Court, it is hereby

        ORDERED that the following attorney(s) are authorized to bring the Personal Electronic

Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below

into the Courthouse for use in a proceeding or trial in the action

captioned___Treasure Chest Themed Value Mail, Inc. v. David Morris International, Inc._____

_____, No. _17-0001 (NRB)_.

The date(s) for which such authorization is provided is (are) _June 5, 2018_____.

| Attorney | Device(s) |
|---|---|
| 1.    Julie Rosenblum Solarz | iPad |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

        The attorney(s) identified in this Order must present a copy of this Order when entering
the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs
constitutes a certification by the attorney that he or she will comply in all respects with the
restrictions and obligations set forth in Standing Order M10-468, as Revised.

        SO ORDERED:

Dated:       _____

                         _____
                              United States Judge

Revised: February 26, 2014