UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TREASURE CHEST THEMED VALUE MAIL, INC.,

                          Plaintiff,                      17 CIVIL 1 (NRB)

      -against-                                **JUDGMENT**

DAVID MORRIS INTERNATIONAL, INC.,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That pursuant to the Court's Memorandum and Order dated June 25, 2018, the Court finds for plaintiff on its sole claim for breach of contract, and against defendant on its sole remaining counterclaim for unjust enrichment; the Court enters an award of $82,000, plus 1.5% prejudgment interest per month on $45,000 after August 1, 2016 of $18,271.77, and 9% prejudgment interest per annum on $37,000 after January 1, 2017 of $4,953.95, for a total sum of $105,225.72; accordingly, this case is closed.

DATED:  New York, New York
             June 28, 2018

                                                    **RUBY J. KRAJICK**
                                                        Clerk of Court

                            BY:

                                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 6/28/2018