United States District Court of
Southern District of New York

-----------------------------------------------------X
Treasure Chest Themed Value Mail, Inc.,

                    Plaintiff,

    v.

David Morris International, Inc.

                    Defendant.
-----------------------------------------------------X

No. 17 Civ. 00001 (NRB)

**NOTICE OF APPEAL**

**NOTICE OF APPEAL**

      Notice is hereby given that pursuant to 28 U.S.C. § 1291 in the above-captioned case, Defendant David Morris International, Inc. hereby appeals to the United States Court of Appeals for Second Circuit from the final judgment entered in this action on the day of June 28, 2018 (Dkt. #49) based on the memorandum and order entered on June 26, 2018 (Dkt. # 48) and that *inter alia* terminate pending docket entries number 29, 30, and 45 requesting for permission to file a motion to compel documents from Plaintiff Treasure Chest Themed Value Mail, Inc.

      A transcript of the bench trial held on June 5, 2018, and the relevant document are attached or otherwise included in the District Court's record. All counsel of record will be served by CM/ECF.

                                                                              Respectfully,
                                                                     /s/ *Brian Lehman*
                                                                      Brian Lehman
                                                            244 Fifth Avenue Suite B258
                                                                   New York, NY 10001
                                                                       (724) 453.4626
                                        Email: brian@lehmanlawgroup.com