

One Penn Plaza
Suite 2430
New York, NY 10119
T  212.239.1114
F  917.398.1217

**DANIEL KNOX**
Managing Attorney
dknox@knoxlaw.nyc

November 6, 2018

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *Treasure Chest Themed Value Mail, Inc. v. David Morris Int'l., Inc.*
          1:18-cv-0001-NRB (S.D.N.Y.)

Dear Judge Buchwald:

This letter is respectfully submitted in opposition to Defendant's improper motion to strike Plaintiff's request for a certified copy of the judgment. Make no mistake, Defendant submits its motion for no other purpose than to cause undue delay and obstruct Plaintiff's enforcement efforts.

Contrary to Defendant's contentions, there is no rule proscribing Plaintiff from enforcing the judgment while an appeal is pending. Defendant has not given a bond pursuant to Rule 62(d), therefore this contention is entirely without merit.

Furthermore, Defendant's issue with the language of the AO 451 form is also without merit. The form document is made available by the district courts specifically for use by litigants when obtaining certified copies of judgments. Moreover, Defendant cannot claim that it has or will suffer any prejudice due to the language in the certification.

Plaintiff, however, has been prejudiced by the mere submission of Defendant's motion. We expect the Clerk to delay issuing the requested copy of the judgment until this Court has ruled, thus Plaintiff's enforcement efforts have been put on hold and Defendant's obstructive conduct is already successful. Accordingly, we respectfully request that this Court deny Defendant's frivolous motion forthwith.

Very truly yours,

Daniel Knox