# Exhibit 1



Department of State  /  Division of Corporations  /  Search Records  /  Search By Entity Name  /

Next List

[Entity Name Search]  [Search]

## Entity Name List

| Corporate Name | Document Number | Status |
| --- | --- | --- |
| DAVID MORRIS INTERNATIONAL INC. | F02000003462 | Active |
| DAVID MORRIS, M.D. P.A. | P17000070932 | Active |
| THE DAVID MORRISON CO. | P01000065129 | INACT |
| DAVID MORRISON ENTERPRISES, INC. | 479715 | INACT |
| DAVID MORRIS, P.A. | P00000048564 | Active |
| DAVID MORRIS REMODELING SERVICE L.L.C. | L04000082112 | INACT |
| DAVID, MORROW & EDWARDS, P.A. | K48253 | NAME HS |
| DAVID & MORROW, P.A. | K48253 | INACT |
| DAVID MORSE & ASSOCIATES, INC. | F96000000765 | NAME HS |
| DAVID MORSE ASSOCIATES, INC. | P97000008384 | INACT |
| DAVID M. ORSHEFSKY, P.A. | K17320 | Active |
| DAVID MORTENSEN TOOLS, LLC | L14000001029 | Active |
| DAVID MORTGAGE CORPORATION | 593419 | INACT |
| DAVID MORTGAGE COMPANY | V12788 | INACT |
| DAVID MORTGAGE CO & ASSOCIATES INC | 222200 | INACT |
| DAVID MORTON ENTERPRISES, INC. | G37476 | INACT |
| DAVID MOSAVAT, LLC | L05000120441 | INACT |
| DAVID MOSELEY LLC | L15000073766 | INACT |
| DAVID MOSES LLC | L16000215692 | INACT |
| DAVID & MOSHE LLC | L09000122084 | Active |

Next List

[Entity Name Search]  [Search]

# Exhibit 2



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Foreign Profit Corporation
DAVID MORRIS INTERNATIONAL INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F02000003462 |
| **FEI/EIN Number** | 56-2292992 |
| **Date Filed** | 07/05/2002 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 10/29/2003 |

**Principal Address**

C/O RAMPELL, DIVISION OF MBAF
223 SUNSET AVENUE
SUITE 200
PALM BEACH, FL 33480

Changed: 01/12/2017

**Mailing Address**

C/O RAMPELL, DIVISION OF MBAF
223 SUNSET AVENUE
SUITE 200
PALM BEACH, FL 33480

Changed: 01/12/2017

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

**Officer/Director Detail**

**Name & Address**

Title D

MORRIS, JEREMY L
C/O RAMPELL, DIVISION OF MBAF
223 SUNSET AVENUE
SUITE 200
PALM BEACH, FL 33480

PALM BEACH, FL 33480

Title Director

POND, WAYNE D
C/O RAMPELL, DIVISION OF MBAF
223 SUNSET AVENUE
SUITE 200
PALM BEACH, FL 33480

Title Director

Abousaleh, Ali
C/O RAMPELL, DIVISION OF MBAF
223 SUNSET AVENUE
SUITE 200
PALM BEACH, FL 33480

Title Director

Strachan, Scott S
C/O RAMPELL, DIVISION OF MBAF
223 SUNSET AVENUE
SUITE 200
PALM BEACH, FL 33480

Title Director

Otero, Marie Jesus
C/O RAMPELL, DIVISION OF MBAF
223 SUNSET AVENUE
SUITE 200
PALM BEACH, FL 33480

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2016 | 03/14/2016 |
| 2017 | 01/12/2017 |
| 2018 | 01/26/2018 |

**Document Images**

| | |
| --- | --- |
| 01/26/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/14/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/09/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/25/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/15/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/19/2009 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 02/01/2008 -- ANNUAL REPORT | View image in PDF format |
| 07/06/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/01/2005 -- ANNUAL REPORT | View image in PDF format |
| 07/01/2004 -- ANNUAL REPORT | View image in PDF format |
| 10/29/2003 -- REINSTATEMENT | View image in PDF format |
| 07/05/2002 -- Foreign Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# Exhibit 3

# F02000003462

## TRANSMITTAL LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** <u>DAVID MORRIS INTERNATIONAL INC.</u>
(Name of corporation - must include suffix)

*[Stamp: FILED 2002 JUL -5 AM 10:21 DIVISION OF CORPORATIONS TALLAHASSEE, FLORIDA]*

Dear Sir or Madam:

The enclosed "Application by Foreign Corporation for Authorization to Transact Business in Florida", "Certificate of Existence", and check are submitted to register the above referenced foreign corporation to transact business in Florida.

Please return all correspondence concerning this matter to the following:

<u>EBERHARD ROHM</u>
(Name of Person)

<u>DONAHUE + PARTNERS LLP</u>
(Firm/Company)

```
100006235371--8
-07/08/02--01008--001
*****70.00   *****70.00
```

<u>5 TIMES SQUARE</u>
(Address)

<u>NEW YORK, NY  10036-6530</u>
(City/State and Zip code)

For further information concerning this matter, please call:

<u>PETER HALLENBECK</u> at ( <u>212</u> ) <u>773-4669</u>
(Name of Person)        (Area Code & Daytime Telephone Number)

**STREET ADDRESS:**
Registration Section
Division of Corporations
409 E. Gaines St.
Tallahassee, FL 32399

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

Enclosed is a check for the following amount:

☒ $70.00 Filing Fee    ☐ $78.75 Filing Fee &    ☐ $78.75 Filing Fee &    ☐ $87.50 Filing Fee,
                          Certificate of Status      Certified Copy           Certificate of Status &
                                                                              Certified Copy

J. BRYAN   JUL - 8 2002

# APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.

FILED 2002 JUL -5 AM 10:21 DIVISION OF CORPORATIONS TALLAHASSEE, FLORIDA

1. **DAVID MORRIS INTERNATIONAL INC.**
(Name of corporation; must include the word "INCORPORATED", "COMPANY", "CORPORATION" or words or abbreviations of like import in language as will clearly indicate that it is a corporation instead of a natural person or partnership if not so contained in the name at present.)

2. **DELAWARE**
(State or country under the law of which it is incorporated)

3. _____
(FEI number, if applicable)

4. **6/10/02**
(Date of incorporation)

5. **PERPETUAL**
(Duration: Year corp. will cease to exist or "perpetual")

6. **UPON QUALIFICATION**
(Date first transacted business in Florida. If corporation has not transacted business in Florida, insert "upon qualification.")
(SEE SECTIONS 607.1501, 607.1502 and 817.155, F.S.)

7. **301 WORTH AVENUE, PALM BEACH, FL 33480**
(Principal office address)

**℅ DONAHUE + PARTNERS, 5 TIMES SQUARE, NY, NY 10036**
(Current mailing address)

8. **ANY SUITABLE BUSINESS PURPOSE**
(Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9. Name and **street address** of Florida registered agent: (P.O. Box or Mail Drop Box **NOT** acceptable)

Name: Corporation Service Company

Office Address: 1201 Hays Street

Tallahassee , Florida 32301
(City) (Zip code)

10. **Registered agent's acceptance:**
Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

_(signature)_
(Registered agent's signature)

Jeffrey Nee , Authorized Representative for Corporation Service Company

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

12. Names and business addresses of officers and/or directors:

## A. DIRECTORS

Chairman: JEREMY LEE MORRIS

Address: 301 WORTH AVENUE

PALM BEACH, FL 33480

Vice Chairman: SUZETTE MORRIS

Address: 301 WORTH AVENUE

PALM BEACH, FL 33480

Director: _____

Address: _____

Director: _____

Address: _____

*[FILED stamp: 2002 JUL -5 AM 10:22, DIVISION OF CORPORATIONS, TALLAHASSEE, FLORIDA]*

## B. OFFICERS

President: JEREMY LEE MORRIS

Address: 301 WORTH AVENUE

PALM BEACH, FL 33480

Vice President: _____

Address: _____

Secretary: EBERHARD ROHM

Address: 5 TIMES SQUARE; NEW YORK, NY 10036-6530

Treasurer: _____

Address: _____

NOTE: If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _[signature]_
    (Signature of Chairman, Vice Chairman, or any officer listed in number 12 of the application)

14. Eberhard Rohm, Secretary
    (Typed or printed name and capacity of person signing application)

# Delaware

## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "DAVID MORRIS INTERNATIONAL INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FIFTH DAY OF JUNE, A.D. 2002.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "DAVID MORRIS INTERNATIONAL INC." WAS INCORPORATED ON THE TENTH DAY OF JUNE, A.D. 2002.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.





*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3535123   8300

020410404

AUTHENTICATION: 1851184

DATE: 06-25-02